DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENETTE BAPTISTE-FAUSTI**,
Appellant,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.**,
Appellee.

No. 4D18-992

[April 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502016CA013639XXXXMB.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Celeste B. Marcks of Groelle & Salmon, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***